Stephen L. Davis (Bar No. 149817)
Mark R. Leonard (Bar No. 219186)
**DAVIS & LEONARD, LLP**
8880 Cal Center Drive, Suite 180
Sacramento, CA 95826
Telephone: (916) 362-9000
Fax: (916) 362-9066
E-mail: sdavis@davisandleonard.com

Neil D. Martin (Bar No. 094121)
**HILL, FARRER & BURRILL LLP**
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840
E-mail: nmartin@hillfarrer.com

Attorneys for Defendant/Counterclaimant
KNOWLEDGE EXTRACTION TOOLS, LLC



FILED
CLERK, U.S. DISTRICT COURT
OCT 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL REASONING SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KNOWLEDGE EXTRACTION TOOLS, LLC,<br><br>Defendant,<br><br>KNOWLEDGE EXTRACTION TOOLS, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>DIGITAL REASONING SYSTEMS, INC.,<br><br>Counterclaim Defendant. | CASE NO. CV 06-6666 VBF (PLAx)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL |

The Court has reviewed and considered Defendant/Counterclaimant Knowledge Extraction Tools, LLC's ("KET") Application to File Settlement Agreement Under Seal.

Good cause shown, the Application is GRANTED, and the Settlement Agreement shall be filed under seal.

It is so ORDERED this 31 day of OCT, 2008.

*(signature)*
Hon. Valerie Baker Fairbank
United States District Court Judge

Submitted By:

/s/ Neil D. Martin

_____
Neil D. Martin
Attorneys For Defendant and
Counterclaimant KET LLC.

HFB 837200.1 K7011002

[PROPOSED] ORDER GRANTING APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

**Draper, Elizabeth A.**

**From:** cacd_ecfmail@cacd.uscourts.gov
**Sent:** Friday, October 31, 2008 11:35 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:06-cv-06666-VBF-PLA Digital Reasoning Systems Inc v. Knowledge Extraction Tools LLC Application to Seal

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Martin, Neil on 10/31/2008 at 11:35 AM PDT and filed on 10/31/2008
**Case Name:** Digital Reasoning Systems Inc v. Knowledge Extraction Tools LLC
**Case Number:** 2:06-cv-6666
**Filer:** Knowledge Extraction Tools LLC
**Document Number:** 208

**Docket Text:**
**APPLICATION to Seal** *Settlement Agreement* **filed by Defendant/Counterclaimant Knowledge Extraction Tools LLC. (Attachments: # (1) Proposed Order)(Martin, Neil)**

**2:06-cv-6666 Notice has been electronically mailed to:**

Alexa L Lewis    all@msk.com, kls@msk.com

Lisa W. Borden    lborden@bakerdonelson.com

Mark R Leonard    mleonard@davisandleonard.com

Neil D Martin    nmartin@hillfarrer.com, docket@hillfarrer.com, edraper@hillfarrer.com

Patricia Clotfelter    pclotfelter@bakerdonelson.com

Stephen L Davis    sdavis@davisandleonard.com

Whitney Brooke Hastings    whastings@hillfarrer.com, docket@hillfarrer.com, spierce@hillfarrer.com

10/31/2008

**2:06-cv-6666 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Administrator\Desktop\KET Application.PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/31/2008] [FileNumber=6751616-0
] [469d160580870fff9e0880741d1510cea28141b11de675763d05d75d261988689c1
04ef55658dfd253b481691c6d25dfbcd854e669c850360e9ae4f9d58068ce]]
**Document description:** Proposed Order
**Original filename:** C:\Documents and Settings\Administrator\Desktop\KET Prop-Order.PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/31/2008] [FileNumber=6751616-1
] [2846fac985cb242aa2868e3daf941eb0b62ab20393aebbee3fb314c9bc2413f1ebf
1c32017ef878090f00996275ff8b2e9f136ebe1b04045b344649c2173e1b7]]

10/31/2008